UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARNOLD IRRER, ET AL ,

    Plaintiffs,

v.

MILACRON, INC.,

    Defendant.
                                      /

Case No. 04-72898

Honorable Nancy G. Edmunds

**ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION [109]**

This product liability case came before the Court on Defendant's motion for summary judgment as to Plaintiffs Green and Garland[1] arguing that their product liability claims against Milacron are time-barred. The Court granted Defendant's motion on September 18, 2006 (Docket No.96), rejecting Plaintiffs' tolling arguments. Plaintiffs are now before the Court seeking reconsideration of the Court's September 18, 2006 Order. Plaintiffs' motion is DENIED.

Pursuant to Rule 7.1(g)(3) of the Local Rules for the Eastern District of Michigan, the Court will not grant motions for reconsideration "that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case."

---

[1]Defendant's motion addressed another Plaintiff, Harriett Betts, but her claims were dismissed with prejudice immediately before the hearing on this matter by a stipulation and order.

Because Plaintiffs' motion fails to satisfy the rule's requirements, it is DENIED.

SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: October 16, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 16, 2006, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager